EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 510-2016-00834 |

**Florida Commission On Human Relations** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. ~~Reiner~~ Cortes  Reinier | (305) 332-8317 | 11-25-1984 |

Street Address — City, State and ZIP Code
C/O Corona Law Firm, 3899 Nw 17th Street, Miami, FL 33126

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| LQ MANAGEMENT, LLC | 500 or More | (214) 492-6600 |

Street Address — City, State and ZIP Code
909 Hidden Ridge Dr Ste 600, Irving, TX 75038

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☒ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 08-03-2015  Latest: 09-09-2015
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I am an individual of Cuban national origin. I was employed by the above named employer as an Assistant General Manager since October 06, 2014, until I was discharged on September 09, 2015.

I was subjected to racially motivated remarks by the General Manager, Mr. Noam Yativ, along with some of my Cuban co-workers. On August 14, 2015, Mr. Yativ called Mr. Andres my uncle because we are both Cubans. Mr. Yativ also joked about he could purchase pork from me since I was Cuban. Subsequently, I filed a complaint with Human Resources Department, and Mr. Yativ restricted my access to my personnel record. On September 09, 2015, I was terminated by Ms. Monica Hall (Human Resources Manager) and Mr. Brad Seehafer (Regional Vice President).

I believe I was discriminated against based on my national origin (Cuban) in violation of Title VII of Civil Rights Act of 1964, as amended.

---

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 01/07/2016
Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)