**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:17-cv-21330-UU

REINIER CORTES PORRAS,

    Plaintiff,

v.

LQ MANAGEMENT, LLC,

    Defendant.

_____/

**ORDER TO SHOW CAUSE**

    THIS CAUSE is before the Court upon a *sua sponte* examination of the record.

    THE COURT has reviewed the pertinent portions of the record and is otherwise fully advised in the premises. On June 8, 2017, the Court issued her Order Referring Case to Mediation. D.E. 11. As per the Court's Scheduling Order, the deadline for discovery is November 10, 2017, and the mediation must commence no later than fifteen (15) days following the discovery deadline. D.E. 10. To date, Plaintiff has not informed the Court when the mediation will take place. Accordingly, it is hereby

    ORDERED AND ADJUDGED that Plaintiff SHALL show good cause in writing by **Monday, July 20, 2017**, as to why the parties have failed to schedule mediation. **Alternatively**, Plaintiff SHALL file a Proposed Order Scheduling Mediation by that date. Failure to comply with this Order will result in the immediate dismissal of this case without further notice.

DONE AND ORDERED in Chambers, Miami, Florida, this 14th day of July, 2017.

_____
UNITED STATES DISTRICT JUDGE

cc: counsel of record
.