UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-CV-21330-UNGARO

REINER CORTES PORRAS,

    Plaintiff,

v.

LQ MANAGEMENT L.L.C. d/b/a
LA QUINTA INN & SUITES MIAMI
AIRPORT WEST,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

    Defendant LQ Management, LLC ("Defendant"), by and through counsel, hereby notifies the Court that the parties have reached a confidential agreement to fully resolve all matters related to this civil action and are currently working on the final details of the settlement administration. The parties intend to file a Stipulation of Dismissal With Prejudice of this action with the Court within twenty-one (21) days.

Dated:  September 6, 2017.

                                              Respectfully submitted,

                                              OGLETREE, DEAKINS, NASH,
                                                SMOAK & STEWART, P.C.
                                              701 Brickell Avenue, Suite 1600
                                              Miami, Florida 33131-2813
                                              Telephone:  305.374.0506
                                              Facsimile:   305.374.0456

                                              *s/* Gregory R. Hawran
                                              David M. DeMaio
                                              Florida Bar Number 886513
                                              david.demaio@ogletreedeakins.com
                                              Gregory R. Hawran
                                              Florida Bar Number 55989
                                              gregory.hawran@ogletreedeakins.com

                                              *Counsel for Defendant LQ Management LLC*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on September 6, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                              *s/* Gregory R. Hawran
                                              Gregory R. Hawran

**SERVICE LIST**
*Reiner Cortes Porras v. LQ Management LLC*
17-CV-21330-UNGARO
*United States District Court, Southern District of Florida*

        Allyson Morgado
        amorgado@coronapa.com
        Ricardo Corona
        rcorona@coronapa.com
        CORONA LAW FIRM, P.A.
        3899 N.W. 7th Street
        Second Floor
        Miami, Florida 33126
        Telephone: 305.547.1234
        Facsimile: 305.266.1151

        *Counsel for Plaintiff*

        Method of Service: *CM/ECF*

        David M. DeMaio
        david.demaio@ogletreedeakins.com
        Gregory R. Hawran
        gregory.hawran@ogletreedeakins.com
        OGLETREE, DEAKINS, NASH,
         SMOAK & STEWART, P.C.
        701 Brickell Avenue, Suite 1600
        Miami, Florida 33131-2813
        Telephone:  305.374.0506
        Facsimile:   305.374.0456

        *Counsel for Defendant*

31125768.1