UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-CV-21330-UNGARO

REINER CORTES PORRAS,

    Plaintiff,

v.

LQ MANAGEMENT L.L.C. d/b/a
LA QUINTA INN & SUITES MIAMI
AIRPORT WEST,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

    Defendant LQ Management, LLC ("Defendant"), by and through counsel, hereby notifies the Court that the parties have reached a confidential agreement to fully resolve all matters related to this civil action and are currently working on the final details of the settlement administration. The parties intend to file a Stipulation of Dismissal With Prejudice of this action with the Court within twenty-one (21) days.

Dated:  September 6, 2017.

        Respectfully submitted,

        OGLETREE, DEAKINS, NASH,
          SMOAK & STEWART, P.C.
        701 Brickell Avenue, Suite 1600
        Miami, Florida 33131-2813
        Telephone:  305.374.0506
        Facsimile:   305.374.0456


        *s/* Gregory R. Hawran
        David M. DeMaio
        Florida Bar Number 886513
        david.demaio@ogletreedeakins.com
        Gregory R. Hawran
        Florida Bar Number 55989
        gregory.hawran@ogletreedeakins.com

        *Counsel for Defendant LQ Management LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 6, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/* Gregory R. Hawran
Gregory R. Hawran

**SERVICE LIST**
*Reiner Cortes Porras v. LQ Management LLC*
17-CV-21330-UNGARO
*United States District Court, Southern District of Florida*

Allyson Morgado
amorgado@coronapa.com
Ricardo Corona
rcorona@coronapa.com
CORONA LAW FIRM, P.A.
3899 N.W. 7th Street
Second Floor
Miami, Florida 33126
Telephone: 305.547.1234
Facsimile: 305.266.1151

*Counsel for Plaintiff*

Method of Service: *CM/ECF*

David M. DeMaio
david.demaio@ogletreedeakins.com
Gregory R. Hawran
gregory.hawran@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.
701 Brickell Avenue, Suite 1600
Miami, Florida 33131-2813
Telephone:  305.374.0506
Facsimile:   305.374.0456

*Counsel for Defendant*

31125768.1

4