UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-21330-UU

REINIER CORTES PORRAS,

    Plaintiff,

v.

LQ MANAGEMENT, LLC,

    Defendant.
_____/

## ADMINISTRATIVE ORDER

THIS CAUSE comes before the Court upon Plaintiff's Notice of Settlement (D.E. 20). The Court is fully advised in the premises. It is hereby

ORDERED AND ADJUDGED that this case is CLOSED for administrative purposes. It is further

ORDERED AND ADJUDGED that all hearings are CANCELLED and pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 18th day of September, 2017.

*[signature]*

UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf